■ The People of the State of New York, Respondent, v Arthur Tuten, Appellant. [851 NYS2d 361]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered July 30, 2003, convicting him of conspiracy in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Mastro, J.P., Fisher, Florio, Angiolillo and Dickerson, JJ., concur.

■ The People of the State of New York, Respondent, v Patrick Vincent, Appellant. [851 NYS2d 361]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered July 8, 2004, convicting him of burglary in the third degree, petit larceny, and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly denied, without a hearing, the defendant's motion to set aside the verdict pursuant to CPL 330.30 (2), based upon comments a juror allegedly made to defense counsel after the verdict was rendered (*see People v Bab Lin You,* 264 AD2d 780 [1999]; *People v Cervantes,* 242 AD2d 730, 731 [1997]). Skelos, J.P., Fisher, Dillon and McCarthy, JJ., concur.